|     |     |     |
| --- | --- | --- |
| 1   |     |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| BLAYDEN D. WALL, | |
| --- | --- |
| Plaintiff, | CASE NO. 3:15-cv-05281 JRC |
| v. | ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 3; Consent to Proceed Before a United States Magistrate Judge, Dkt. 7). This matter is before the Court on plaintiff's Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (*see* Dkt. 23).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), plaintiff's unopposed motion and memorandum in support of motion (*see* Dkt. 23, 23-1), the attorney declaration and time itemization (Dkt. 23-2, 23-3), and the relevant record, it is hereby

1  ORDERED that EAJA attorney's fees of $6,800.00 shall be awarded to plaintiff pursuant to the

2  EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at

3  \*\*\*6-\*\*\*7 (2010).

4      The Acting Commissioner shall contact the Department of Treasury after the Order for

5  EAJA fees is entered to determine if the EAJA fees are subject to any offset.  If it is determined

6  that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the

7  Treasury's Offset Program, then the check for EAJA fees shall be made payable to David M.

8  Church, Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see*

9  Plaintiff's Declaration, Dkt. 23-4).  If there is an offset, the remainder shall be made payable to

10 plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No. 2:15-cv-

11 122, Dkt. 22, p. 4). Any check for EAJA fees shall be mailed to plaintiff's counsel, David M.

12 Church, Esq., at Law Office of David M. Church, PLLC, P.O. Box 656, Moxee, WA 98936.

13     Dated this 16th day of February, 2016.

                                      _____
                                      J. Richard Creatura
                                      United States Magistrate Judge